AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE
CASE NUMBER: 01-CV-325

Display Pack Corporation

v.

Grimm Industries, Inc.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff in the amount of $345,651.03 plus interest and costs.

Date: February 28, 2006                                RODNEY C. EARLY,
                                                       CLERK

                                           By:    s/Deborah M. Zeeb
                                                  Deputy Clerk